The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THI HAI YEN "TIFFANY" VU,<br><br>Defendant. | No. CR13-209 TSZ<br><br>[PROPOSED]<br>ORDER OF DISMISSAL |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to fugitive defendant THI HAI YEN "TIFFANY" VU.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case against the above-captioned defendant are dismissed, without prejudice.

The outstanding warrant shall be quashed.

//

//

//

Order of Dismissal -- 1
*United States v. Vu*, CR13-209 TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  
2     DATED this ___ day of April, 2023.  
3  
4                                                          _____  
5                                                          THOMAS S. ZILLY  
6                                                          United States District Judge  
7  
8 Presented by:  
9  
10 *s/ Sarah Y. Vogel*  
    SARAH Y. VOGEL  
11 Assistant United States Attorney  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  

Order of Dismissal -- 2  
*United States v. Vu*, CR13-209 TSZ  

UNITED STATES ATTORNEY  
700 STEWART STREET, SUITE 5220  
SEATTLE, WASHINGTON 98101  
(206) 553-7970